IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NICOLE T. JENKINS )
)
v. ) NO. 3-12-0369
) JUDGE CAMPBELL
THE VANDERBILT UNIVERSITY )

ORDER

The parties have represented that this matter no longer needs to remain under seal. Docket Nos. 8 and 10. Accordingly, this action is unsealed, pending further Order of the Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE