IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NICOLE T. JENKINS )
) No. 3-12-0369
v. )
)
THE VANDERBILT UNIVERSITY )

O R D E R

By contemporaneously entered order, the Court has approved and entered the parties' amended initial case management order (Docket Entry No. 15), filed after the initial case management conference held on May 29, 2012, with slight modifications. Those modifications and other matters addressed on May 29, 2012, are as follows:

1. The plaintiff shall relay a settlement demand to the defendant no later than June 29, 2012, and, if possible, before June 5, 2012.

2. Counsel shall convene a telephone conference call with the Court on **Tuesday, June 5, 2012, at 9:00 a.m.,** to be initiated by defendant's counsel, to address whether the parties want to participate in ADR, and, if so, what form of ADR, and when and with whom.

Prior to June 5, 2012, plaintiff's counsel shall determine, to the extent that an agreement has been finalized between the plaintiff and the University of Kentucky, whether the plaintiff will be employed with tenure and, if not, the tenure track, and her expected salary.

3. The plaintiff shall have until November 30, 2012, to serve any rebuttal expert disclosures.

4. All expert discovery shall be completed by January 11, 2013.

As provided in the contemporaneously entered order, any dispositive motion shall be filed by February 1, 2013. Any response shall be filed within 31 days of the filing of the motion or by March 4, 2013, if the motion is filed on February 1, 2013. Any reply, if necessary, shall be filed

within 14 days of the filing of the response or by March 18, 2013, if the response is filed on March 4, 2013.

No other filings in support of or in opposition to any dispositive motion shall be made except with the express permission of the Honorable Todd J. Campbell, Chief Judge.

There shall be no stay of discovery before the November 21, 2012, deadline for completion of fact discovery or the January 11, 2013, deadline for completion of expert discovery even if a dispositive motion is filed prior thereto.

Neither party shall file more than one Rule 12 motion to dismiss or more than one Rule 56 motion for summary judgment.

Based on the above deadlines and counsel's schedules, it is recommended that a jury trial be scheduled no earlier than July 16, 2013. The parties anticipate that the trial will last 3-4 days.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge