UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICOLE T. JENKINS, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:12-0369 |
| v. ) | Judge Campbell/Griffin/Brown |
| ) | **Jury Demand** |
| THE VANDERBILT UNIVERSITY, ) | |
| ) | |
| Defendant ) | |

### O R D E R

A settlement conference was held with the parties on July 17, 2012.

The parties have reached an agreement in this matter with one exception. The parties need some additional time to resolve the one remaining issue. Accordingly, the parties are requested to advise the Magistrate Judge within the next **14 days** whether they have been able to resolve the last issue, or whether they need an additional meeting with the Magistrate Judge about the matter.

If the parties advise the Magistrate Judge that they have reached an agreement as to the last matter, then the parties will have **30 days** from that date in which to submit appropriate pleadings dismissing the case with prejudice.

The Magistrate Judge will retain the file pending either additional negotiations or a notice that the parties have resolved the last issue.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge