UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NICOLE T. JENKINS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 3:12-0369 |
| v. | ) | Judge Campbell/Griffin/Brown |
| | ) | **Jury Demand** |
| THE VANDERBILT UNIVERSITY, | ) | |
| | ) | |
| Defendant | ) | |

## O R D E R

The Magistrate Judge has been advised that the parties need some additional time to decide whether a continuation of the settlement conference with the undersigned is necessary in this case.

The parties may have until **August 13, 2012**, to request additional time.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge