UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NICOLE T. JENKINS,     Plaintiff  v.  THE VANDERBILT UNIVERSITY,     Defendant | No. 3:12-0369  Judge Campbell/Griffin/Brown  **Jury Demand** |

## O R D E R

The Magistrate Judge has been advised that the parties need some additional time to decide whether a continuation of the settlement conference with the undersigned is necessary in this case.

The parties may have until **August 13, 2012**, to request additional time.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge