IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| NICOLE T. JENKINS | ) | |
| Plaintiff | ) | Civil Action No. 3:12-0369 |
| v. | ) | Judge Campbell/Judge Griffin |
| THE VANDERBILT UNIVERSITY | ) | |
| Defendant | ) | |

## NOTICE OF FILILNG

The Defendant, Vanderbilt University, files herewith an Agreed Order of Dismissal by the parties hereto.

DATED this 27th day of August, 2012.

_____
Todd J. Campbell
Chief United States District Judge

APPROVED FOR ENTRY:

BRAUN & ASSOCIATIONS

By: /s/ Richard J. Braun
Richard J. Braun
Julie Travis
501 Union Street, Suite 500
Nashville, TN 37219

*Attorneys for Plaintiff*

BASS, BERRY & SIMS PLC


By: /s/ William N. Ozier
   William N. Ozier
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201

By: /s/ John C. Callison
   John C. Callison
University Counsel
University Counsel
Vanderbilt University
Office of General Counsel
2100 West End Avenue
Suite 750
Nashville, Tennessee 37203

*Attorneys for Defendant*


11080329-1