IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NICOLE T. JENKINS )
)
v. ) NO. 3-12-0369
) JUDGE CAMPBELL
THE VANDERBILT UNIVERSITY )

ORDER

The parties have filed an Agreed Order of Dismissal (Docket No. 26), indicating that all matters herein have been resolved. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for August 5, 2013, and the jury trial set for August 13, 2013, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE