UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**NICOLE T. JENKINS**    )
                        )
                        )   Case No. 3:12-cv-0369
v.                      )   JUDGE CAMPBELL
                        )
**THE VANDERBILT UNIVERSITY**  )
                        )

<u>ENTRY OF JUDGMENT</u>

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on August 27, 2012.

    KEITH THROCKMORTON, CLERK
    <u>s/Dalaina Thompson, Deputy Clerk</u>